## No. 7173.

THE STATE VS. WILLIAM H. SCOTT.

A continuance of a criminal trial was properly refused when the affidavit did not state that the prisoner expected to procure the attendance of the witnesses, for whose absence the continuance was prayed, at the next term nor at any term; and when

State ex rel. Atkinson *vs.* Jumel.

besides there were witnesses present who had sworn to what he expected to prove by those who were absent; and in addition thereto when the testimony expected to be obtained would not exculpate the accused.

APPEAL from the District Court for Iberville. McVEA, J.

*Lamon*, District-Attorney for the State. *Lauve* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.